# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

JOEL NEWBY III, et al., on behalf of themselves and all others similarly situated,
*Plaintiff*
v.
THE SYGMA NETWORK, INC.,
*Defendant*

Civil Action No. 2:21-cv-4932

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☒ other: Pursuant to the Opinion and Order filed 11/6/2024 - The Court GRANTS ECF No. 96 Parties' Joint Motion for Approval of FLSA Collective Action Settlement. The Settlement Agreement (ECF No. 96-1) is APPROVED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☐ decided by Judge ___ on a motion for ___ .

Date: 11/06/2024

CLERK OF COURT

Christi M. Wenn

*Signature of Clerk or Deputy Clerk*